161 A.3d 787

**CONSTELLAR CORP., Maryann Kurmlavage, and Woodland Terrace Homeowners' Association, Petitioners**

v.

**ZONING BOARD OF ADJUSTMENT OF THE CITY OF PHILADELPHIA, City of Philadelphia, OAP, Inc., Azalea Gardens Partners, LP and Trustees of University of Pennsylvania, Respondents**

No. 331 EAL 2016

Supreme Court of Pennsylvania.

November 15, 2016

## ORDER

PER CURIAM

**AND NOW,** this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**